IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARISSE MORRISON,              )
                                )
            Plaintiff,          )
                                )
    v.                          )       1:22cv197
                                )
ENTERPRISE HOLDINGS, INC.,      )
                                )
            Defendant.          )

**ORDER**

On October 17, 2022, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). (Doc. 6.) Plaintiff objected to the Recommendation. (Doc. 8.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.[1]

IT IS THEREFORE ORDERED that the complaint (Doc. 2), as supplemented (Doc. 5), is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                    /s/   Thomas D. Schroeder
February 7, 2023                    United States District Judge

---

[1] To the extent Plaintiff included additional facts in the objections, Plaintiff is advised that all facts need to be alleged in a complaint should Plaintiff seek to timely refile her action at any time.